# brownrudnick

ANTHONY J. BOCCAMAZZO
direct dial: 860.509.6568
fax: 860.509.6655
aboccamazzo@brownrudnick.com

November 14, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019
```

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**RE:**  *Veerappan Subramanian v. Lupin, Inc.*
Civ. Action No. 17-5040-RA-KH

Dear Judge Parker:

Pursuant to your Honor's Rules, Defendant and Counterclaim Plaintiff Lupin, Inc. ("Lupin") requests that the Court accept under seal Lupin's status letter, dated November 14, 2019 (the "Status Letter").

The Status Letter makes reference to certain confidential information with respect to the Euticals Action, which has been redacted from the publicly filed version of the Status Letter. The information redacted from the Status Letter is of a kind that has not been historically open to the press and the general public, and, thus, should be filed under seal in accordance with the experience and logic test. *See Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

In accordance with your Honor's rules, Lupin has submitted the Status Letter and the proposed redactions by email.

Respectfully,

**BROWN RUDNICK LLP**

*/s/Anthony J. Boccamazzo*
   Anthony J. Boccamazzo

11/15/2019

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.