USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VEERAPPAN SUBRAMANIAN,

                                  Plaintiff,

              -against-

LUPIN INC.,

                                Defendant.
-----------------------------------------------------------------X

**ORDER**

17-CV-5040 (RA) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 2, 2019, the parties appeared for a status conference. As discussed during the conference, the following order is entered:

**Euticals Discovery.** The fact discovery deadline in the Euticals portion of the case is extended to **May 7, 2020**. The expert discovery deadline in the Euticals portion of the case is extended to **July 10, 2020**. The parties may change any interim deadlines without application to the Court. The parties will file a letter by no later than **March 24, 2020** to advise the Court as to whether either party intends to file a dispositive motion in the Euticals portion of the case prior to the beginning of expert discovery.

**Summary Judgement Schedule.** The deadline for Sellers' moving brief for summary judgment as to the direct claims portion of the litigation is extended to **January 8, 2020**. The deadline for the opposition, if any, is extended to **February 6, 2020**. The deadline for the reply, if any, is extended to **February 24, 2020**.

**Motion to Compel.** For the reasons stated on the record, the Court will defer ruling on Sellers' motion to compel. (ECF #271.) The parties are directed to meet and confer regarding

possible limited production of the Salix documents. The parties are directed to file a letter by

**January 8, 2020** to update the Court as to whether the discovery dispute has been resolved.

**SO ORDERED.**

Dated: December 3, 2019
　　　　New York, New York

_____
　　　　　　　　　　　　KATHARINE H. PARKER
　　　　　　　　　　　　United States Magistrate Judge