USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VEERAPPAN SUBRAMANIAN,

                        Plaintiff,

          -against-

LUPIN INC.,

                        Defendant.
------------------------------------------------------------------X

**ORDER**

**17-CV-5040 (RA) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference currently scheduled for February 27, 2019 is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: December 9, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge