**MEMO ENDORSED**

# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000

Galit Kierkut
Member
Direct Dial: 973-643-5896
Email: gkierkut@sillscummis.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019

December 18, 2019

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Veerappan Subramanian v. Lupin, Inc.*, Civ. Action No. 17-5040 (RA)(KHP)

Dear Judge Abrams:

The parties jointly submit this request to submit the Post-Fact Discovery Conference, currently scheduled for Friday, January 10, 2020.

As the Court is aware, discovery with respect to Lupin's direct claims is complete, and the Court has entered a summary-judgment briefing schedule with respect to that portion of the action, which was extended slightly by Order dated December 3, 2019, so that all briefing is to be completed by February 24, 2020.

By that same Order, Magistrate Judge Parker extended the fact discovery period with respect to Lupin's *Euticals*-related claims until May 7, 2020.[1] Thus, the parties believe it makes sense to adjourn the post-fact discovery conference until after that date.

Thank you for your consideration of this matter.

> Application granted. The post-fact discovery conference scheduled for January 10, 2020 is hereby adjourned to May 15, 2020 at 2:00 p.m.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> 12/19/2019

Respectfully,

s/ *Galit Kierkut*

Galit Kierkut

s/ *Dylan P. Kletter*

Dylan P. Kletter

cc:    All Counsel of Record (via ECF)

---

[1] As the Court will recall, discovery on those claims had been stayed pending resolution of the underlying litigation, which was settled and subsequently dismissed by a "so ordered" Stipulation on December 5, 2019.