UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-4-20
```

VEERAPPAN SUBRAMANIAN *individually and as Seller Representative for VGS Pharma, LLC, Mendham Holdings, LLC, and Govindammal Subramanian and Anu Radha Subramanian, as NCR Seller*,

        Plaintiff,

v.

LUPIN INC.,

        Defendant.

17-CV-5040 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of pending motion for partial summary judgment, the post-fact discovery conference scheduled for May 15, 2020 is hereby adjourned *sine die*. No later than July 3, 2020, the parties shall submit a joint letter updating the Court as to the status of the case.

SO ORDERED.

Dated:    May 4, 2020
           New York, New York

                                      RONNIE ABRAMS
                                      United States District Judge