# brownrudnick

ANTHONY J. BOCCAMAZZO
direct dial: 860.509.6568
fax: 860.509.6655
aboccamazzo@brownrudnick.com

July 15, 2020

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, New York 10007

**RE:** *Veerappan Subramanian v. Lupin, Inc.*
Civ. Action No. 17-5040-RA-KH

Dear Judge Parker:

Pursuant to your Honor's Rules, Defendant and Counterclaim Plaintiff Lupin, Inc. ("Lupin") requests that the Court accept under seal Lupin's opposition to the Sellers' July 10, 2020 motion to compel (the "Opposition"), as well as Exhibits A and B appended to the Opposition.

The Opposition and Exhibits A and B thereto make reference to certain confidential information with respect to settlement discussions of the Euticals Action, which has been redacted from the publicly filed version of the Opposition. The information redacted from the Opposition is of a kind that has not been historically open to the press and the general public, and, thus, should be filed under seal in accordance with the experience and logic test. *See Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132 (2d Cir. 2016).

Respectfully,

BROWN RUDNICK LLP

*/s/Anthony J. Boccamazzo*
Anthony J. Boccamazzo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2020

SO ORDERED:

*[signature]*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
07/16/2020