```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VEERAPPAN SUBRAMANIAN,

                              Plaintiff,

      -against-

LUPIN INC.,

                              Defendant.
-----------------------------------------------------------------X

**ORDER RESCHEDULING**
**TELEPHONIC ORAL ARGUMENT**

**17-CV-5040 (RA) (KHP)**

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

      The telephonic Oral Argument in this matter scheduled for **Monday, August 3, 2020 at 2:00 p.m.** is hereby rescheduled to **Friday, August 7, 2020 at 10:00 a.m.** Counsel is directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.**

      SO ORDERED.

Dated: July 31, 2020
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge