**GT GreenbergTraurig**

Martin C. Fojas
Tel 973.360.7900
Fax 973.295.1279
FojasM@gtlaw.com

August 11, 2020

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

Re:   *Veerapan Subramanian v. Lupin, Inc.*,
      Civil Action No. 17-cv-5040 (RA)(KHP)

Dear Judge Parker:

I write with consent of counsel for Defendant / Counterclaimant Lupin, Inc. to request an amendment to the Court's August 7, 2020 Seventh Amended Scheduling Order. The Order schedules a telephonic case management conference on September 29, 2020 at 2:00 p.m., which coincides with the Parties' scheduled deposition of Lupin's 30(b)(6) witness as set forth in the Order.

The Parties respectfully request that the conference be scheduled on a date other than the date of the 30(b)(6) deposition. The Court's consideration of this request is appreciated.

Respectfully submitted,

/s/ *Martin C. Fojas*

Martin C. Fojas

**APPLICATION GRANTED:** The telephonic Case Management in this matter scheduled for Tuesday, September 29, 2020 at 2:00 p.m. is hereby rescheduled to Wednesday, October 7, 2020 at 11:00 a.m. Counsel is directed to call Judge Parker's teleconference line at the scheduled time. Please dial (866) 434-5269, Access code: 4858267.

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
08/11/2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/11/2020

**MEMO ENDORSED**