```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VEERAPPAN SUBRAMANIAN,

                               Plaintiff,

        -against-

LUPIN INC.,

                               Defendant.
------------------------------------------------------------------X

**SEALING ORDER**

17-CV-5040 (RA) (KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

      The Court hereby grants Plaintiff's letter motion to seal a portion of Exhibit A to their motion for a protective order at ECF No. 361.  The Court also grants Defendant's letter motion to seal Exhibits H – J to their opposition to the motion for a protective order in their entirety at ECF No. 365.

      **SO ORDERED.**

Dated: September 29, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

1